UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLEY A. SMITH, ) | |
| ) | CASE NO. C09-1582-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff submitted a motion for attorney's fees and expenses under the Equal Access to Justice Act (EAJA). (Dkt. 18.) Plaintiff seeks an award of $6,117.27 in attorney's fees and $20.55 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, for a total award of $6,137.82. Defendant has no objection to this request. (Dkt. 21.) Having considered the motion and accompanying documents, the Court finds the request reasonable. The Court, therefore, recommends that plaintiff's motion for EAJA fees (Dkt. 18) be GRANTED and plaintiff awarded the attorney's fees and expenses requested. A proposed order accompanies this

REPORT AND RECOMMENDATION
PAGE -1

01 Report and Recommendation.

02   DATED this 21st day of September, 2010.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2